**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6265

KEVIN WAYNE MCDANIELS,

Plaintiff – Appellant,

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
JUSTICE; UNITED STATES MARSHAL SERVICE FOR THE DISTRICT OF
SOUTH CAROLINA; UNITED STATES MARSHAL JOHNNY MACK BROWN;
UNITED STATES MARSHAL PATRICK PRUITT; UNITED STATES MARSHAL
RICK KELLEY; UNITED STATES MARSHAL JOHN DOE, served in their
individual and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Terry L. Wooten, District Judge.
(4:07-cv-03386-TLW)

Submitted:  June 22, 2009            Decided:  July 24, 2009

Before TRAXLER, Chief Judge, and MICHAEL and SHEDD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Kevin Wayne McDaniels, Appellant Pro Se.  Beth Drake, Assistant
United States Attorney, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Wayne McDaniels appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 2671 - 2680 (2006). We have reviewed the record and find no reversible error. Accordingly, we deny McDaniels's motions for appointment of counsel, injunctive relief, default judgment, and production of documents, and affirm the judgment of the district court. McDaniels v. United States, No. 4:07-cv-03386-TLW (D.S.C. Jan. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED